U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
JUL 25 2014
FILED ____ RECEIVED ____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Case No. 08-25321-BKC-RAM
Chapter 13

Tonya L. Robinson
30 NW 189th Terrace
Miami Gardens, FL 33169
Debtor /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Tonya L. Robinson, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 6,792.69, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Tonya L. Robinson. Applicant further states that:

1. (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_X_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: July 24, 2014

Tonya L. Robinson
Name Under Which Funds Were Deposited

Signature of Applicant

(Note: In addition to signing, complete all information below)

Scheduled
Claim Number

Tonya L. Robinson
Name of Party On Whose Behalf Application Was Filed*

Last Four Digits of SS# 0167

Tax ID (EIN #)____________

Address: 30 NW 189th Terrace
Miami Gardens, FL 33169

Print Name and Title of Applicant

Print Company Name

Print Street Address

Print City and State

Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me on July 24, 2014

NOTARY PUBLIC, AT LARGE

STATE OF Florida

KEA KNIGHT
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF030148
Expires 6/23/2017



LF-27 (rev. 12/01/09)

In re: Case No. 08-25321-BKC-RAM
Chapter 13

Tonya L. Robinson
30 NW 189th Terrace
Miami Gardens, FL 33169
Debtor /

Dated: May 28, 2014

I, Tonya Robinson am writing this sworn affidavit requesting to recoup the said funds of $6,792.29 from the courts. I am currently out of work due to medical reasons and this has placed me in a financial hardship. I am currently falling behind in my mortgage. Also, I am currently still employed with the School Board of Broward County, which during the summer months; there is no work and I will not be receiving any income.

I submit this affidavit to the courts explaining my current situation requesting to retrieve the requested funds. Thank you in advance.

Tonya Robinson

Sworn to and Subscribed before me on June 27, 2014

NOTARY PUBLIC, AT LARGE

ESTHER SMITH
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF092374
Expires 2/12/2018

STATE OF Florida

**08-25321-RAM** Tonya L. Robinson
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Robert A Mark
**Date filed:** 10/15/2008 **Date of last filing:** 05/29/2014 **Plan confirmed:** 06/12/2009
**Debtor discharged:** 01/09/2014
**Date terminated:** 05/29/2014

# Case Summary

**Office:** Miami
**County:** MIAMI-DADE-FL
**Fee:** Paid
**Origin:** 0
**Previous term:**

**Joint:** n
**Current chapter:** 13

**Filed:** 10/15/2008
**Terminated:** 05/29/2014
**Debtor discharged:** 01/09/2014
**Reopened:**
**Converted:**
**Debtor dismissed:**
**Confirmation hearing:**

**Debtor disposition:** Standard Discharge

**Nature of debt:** consumer
**Pending status:** Case Closed
**Flags:** CLOSED

**Trustee:** Office of the US Trustee **City:** Miami **Phone:** (305) 536-7285 **Email:** USTPRegion21.MM.ECF@usdoj.gov
**Trustee:** Nancy K. Neidich **City:** Miramar **Phone:** 954-443-4402 **Email:** e2c8f01@ch13herkert.com

**Party 1:** Robinson, Tonya L. (Debtor)
SSN / ITIN: xxx-xx-0167

**Atty:** Joshua S Miller Esq **Represents party 1:** Debtor
**Phone:** (305) 274-2922
**Fax:** (305) 273-8734
**Email:** joshuasmillerpa@bellsouth.net

**Location of case files:**
**Volume:** CS1
The case file may not be available.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/29/2014 13:29:37 | | | |
| **PACER Login:** | jm0293 | **Client Code:** | |

**THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA**
**7770 West Oakland Park Boulevard, Sunrise, FL 33351 TEL 754- 321-3130 FAX 754- 321-3140**

**Leaves Department**
**Marjorie A. Fletcher,** ***Personnel Administrator***
www.browardschools.com

SCHOOL BOARD

*Chair* PATRICIA GOOD
*Vice Chair* DONNA P. KORN

ROBIN BARTLEMAN
HEATHER P. BRINKWORTH
ABBY M. FREEDMAN
LAURIE RICH LEVINSON
ANN MURRAY
DR. ROSALIND OSGOOD
NORA RUPERT

ROBERT W. RUNCIE
*Superintendent of Schools*

**CERTIFIED & REGULAR MAIL**

May 28, 2014

Tonya Robinson
30 NW 189th Terrace
Miami Gardens, FL 33169

Dear Tonya Robinson: Personnel # 12115

You are eligible to use up to twelve (12) workweeks of job protected leave during the period of 05/16/14 to 10/14/14 under the Family and Medical Leave Act of 1993 (FMLA); however, on the Certification of Health Care Provider form received, your health care provider states on Question #9 that the probable duration of your incapacity is "cannot work until 6/9/14". Based on this information, your incapacity may end on June 9, 2014, and therefore, your return to work date will be August 11, 2014, unless we receive additional medical certification to extend this time. <u>If your provider releases you to return to work before August 11, 2014, you must return to work on the business day following medical release.</u>

If your recuperation period is to be extended after August 11, 2014, you will need to provide us with additional information. We have enclosed a Certification of Health Care Provider form for your provider to complete should you require additional leave time. The completed re-certification form should be returned to us not later than five (5) days before the above return to work date.

Please note that failure to return to work on or before August 11, 2014 or provide medical certification of your need to extend your leave or apply for a Board approved Personal leave constitutes abandonment of position and may result in termination of employment. **<u>You could also be held responsible for any health insurance premiums paid on your behalf by the Board for the time period that you are absent from work without your health care provider's authorization.</u>**

If you have any questions, please do not hesitate to contact us.

Sincerely,

Marjorie A. Fletcher, Personnel Administrator
Leaves Department

/maf

Enclosure

c: Benefits
Personnel Records
Principal/Department Head: Hollywood Hills High

THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA
7770 W. OAKLAND PARK BOULEVARD • SUNRISE, FLORIDA 33351 • TEL 754-321-3130 • FAX 754-321-3140

Leaves Department
Marjorie A. Fletcher, Personnel Administrator
www.browardschools.com

SCHOOL BOARD
Chair PATRICIA GOOD
Vice Chair DONNA P. KORN

ROBIN BARTLEMAN
HEATHER P. BRINKWORTH
ABBY M. FREEDMAN
LAURIE RICH LEVINSON
ANN MURRAY
DR. ROSALIND OSGOOD
NORA RUPERT

ROBERT W. RUNCIE
*Superintendent of Schools*

05/28/14

Tonya Robinson
30 NW 189th Terrace
Miami Gardens, FL 33169

Dear Tonya Robinson **Personnel#:** 12115

You have met the eligibility requirements for taking Family or Medical Leave (FMLA) under the provisions of School Board Policy # 4411. Based on the information you have provided to date, you are eligible to take up to twelve work weeks of paid and/or unpaid leave during the period indicated below:

Beginning Date: 05/16/14
Ending Date: 10/14/14
Return to Work Date: 10/15/14

The FMLA requires that you notify us as soon as practicable if dates of scheduled leave have changed, are extended, or were initially unknown. If additional information is needed, a separate request will be included with this letter.

While you are on leave, you will continue to receive Board approved group health insurance benefits. Dependent coverage premiums and other types of employee paid Board insurance are not included and will be billed to you, by the Benefits Department. However, if you do not receive a bill after three (3) weeks following your approval for leave, please contact the Benefits Department at 754-321-3100.

While on FMLA leave, you may not work in any capacity unless you have been approved to work intermittently or on a reduced work schedule basis. Evidence of working while on FMLA leave shall constitute sufficient grounds for termination of contract.

Please be advised that if your leave extends beyond the end of your FMLA entitlement, you could be eligible for another type of leave, but you will not have return to work rights as you were entitled to under the FMLA. For information regarding other types of leave, please contact us at 754-321-3130.

Additional information: ☒ is requested (see attached) ☐ is not requested

Sincerely,

Marjorie A. Fletcher, Personnel Administrator
Leaves Department
MAF:th

c: Principal/Department Head: Hollywood Hills High
Personnel Records
Budget Department
Benefits